

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2018

No. 04-18-00655-CR

Martin **HERRERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8710A
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant filed a notice of appeal in the underlying cause on September 4, 2018. A clerk's record was filed on September 14, 2018, and the docket sheet reflects that appellant is still awaiting sentencing. Because the trial court has not imposed sentence in the underlying cause, we have no jurisdiction to consider this appeal. *See* TEX. R. APP. P. 26.2 (providing appellate deadlines run from the day sentence is imposed or suspended in open court). It is therefore ORDERED that appellant show cause in writing within two weeks from the date of this order why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are SUSPENDED pending our resolution of the jurisdictional issue.

We further note that the trial court's certification in this appeal states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "The appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court